André E. Jardini, Bar No. 71335
aej@kpclegal.com
K.L. Myles, Bar No. 243272
klm@kpclegal.com
Michael D. Carr, Bar No. 322261
mdc@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiff
SPECIALIZED REALTY, INC., on behalf of itself
and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALIZED REALTY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T NATIONAL MOBILITY ACCOUNTS, INC., AT&T CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.  2:20-cv-04901-ODW (AGR)<br><br>Ctrm:               5D<br><br>Judge:    The Hon. Otis D. Wright, II<br><br>STIPULATION RE DISMISSAL |

Counsel for plaintiff Specialized Realty, Inc., on behalf of itself and all others similarly situated ("plaintiff"), hereby submits a Stipulation Re Dismissal to the Court as follows:

1. On April 22, 2020 plaintiff filed a complaint for damages in the Los Angeles Superior Court. On June 2, 2020, defendant AT&T National Mobility Accounts LLC and AT&T Corp. ("defendants") filed a notice of removal of this action to the United States District Court, Central District of California. On June 4, 2020, this action was assigned to the Honorable John F. Walter. On June 9, 2020, the matter was assigned to the Honorable Otis D. Wright, II.

-1-

4565108.1  08000/01073

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice.

Dated: November 12, 2020        KNAPP, PETERSEN & CLARKE

                                By: /s/ André E. Jardini
                                    André E. Jardini
                                    K.L. Myles
                                    Attorneys for Plaintiff
                                    SPECIALIZED REALTY, INC., on
                                    behalf of itself and all others
                                    similarly situated

Dated: November 12, 2020        MAYER BROWN LLP

                                By: /s/ John Nadolenco
                                    John Nadolenco
                                    Attorneys for Defendant
                                    AT&T NATIONAL MOBILITY
                                    ACCOUNTS LLC and AT&T
                                    CORP.

**KNAPP, PETERSEN & CLARKE**

4565108.1  08000/01073