JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:20-cv-04901-ODW (AGRx) | Date | November 13, 2020 |
|---|---|---|---|
| Title | *Specialized Realty, Inc. v. AT&T Mobility Accounts, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

Pursuant to the parties' Stipulation re Dismissal (ECF No. 26) and FRCP 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:     00

Initials of Preparer     SE